The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR CRUZ,<br><br>　　　　　Defendant. | No. CR20-158 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THIS MATTER having come before the Court on the stipulated motion of the parties for a continuance of the trial and the pretrial motions due date (Dkt. #14), and the Court having considered the facts set forth in the motion, defendant's knowing and voluntary waiver (Dkt. #15), and the records and files herein, the Court finds as follows:

That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1.　A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from December 7, 2020 to March 15, 2021, and the pretrial motions deadline from October 28, 2020 to February 1, 2021.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 28th day of October, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Teymur Askerov*
Teymur Askerov
Attorney for Cesar Cruz

*s/ C. Andrew Colasurdo*
C. Andrew Colasurdo
Assistant United States Attorney