The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CRUZ,<br><br>Defendant. | No. CR20-158 RSL<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REAPPOINT CJA COUNSEL |

The Court, having considered the Motion to Withdraw as Counsel and Request for Reappointment of CJA Counsel,

NOW, THEREFORE, IT IS ORDERED that Black & Askerov, PLLC, and Teymur Askerov are permitted to withdraw as defense counsel in this matter, and Stephan Illa is reappointed as counsel.

DONE THIS  16th   day of      November     , 2020.

*[signature]*
The Honorable Robert S. Lasnik
United States District Court Judge

ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL (*Cesar Cruz*; No. CR20-158 RSL) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Respectfully submitted,

BLACK & ASKEROV, PLLC

s/ Teymur Askerov
Teymur Askerov
Attorney for Cesar Cruz
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.658.2401
Email: tim@blacklawseattle.com

ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL (*Cesar Cruz*; No. CR20-158 RSL) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401