1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>         v.<br><br>CESAR CRUZ,<br><br>          Defendant. | Case No. CR20-158RSL<br><br>ORDER CONTINUING<br>TRIAL AND PRETRIAL<br>MOTIONS DEADLINE |

This matter comes before the Court on "Defendant's Motion to Continue Trial & Pretrial Motions Deadline." Dkt. # 26. Defendant has declined to waive his right to a speedy trial. The government does not oppose defendant's motion and "agrees that a continuance is necessary given the current conditions of the COVID-19 pandemic." Dkt. # 27. Trial was originally scheduled for December 7, 2020. Dkts. # 12, # 14. On October 27, 2020, the parties filed a stipulated motion to continue the trial and pretrial motions dates based on the need for additional time to address ongoing discovery and to account for the challenges defendant's counsel encountered in communicating with defendant given the COVID-19 pandemic. Dkt. # 14. Defendant waived his right to a speedy trial through March 31, 2021. On October 28, 2020, the Court issued an order granting the parties' stipulated motion to continue the trial to March 15, 2021 and ordering that the period of time from the date of the order up to and including the new trial date, be excludable time pursuant to 18 U.S.C. § 3161. Dkt. # 16.

The COVID-19 pandemic has significantly affected Court operations and continues to do so. Beginning on March 6, 2020, Chief Judge Martinez issued a series of General Orders

modifying courthouse operations in light of local conditions related to the COVID-19 pandemic. See W.D. Wash. General Order Nos. 01-20, 02-20, 03-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20. Most recently, on December 30, 2020, Chief Judge Martinez issued General Order No. 18-20, extending modified operations through March 31, 2021, due to increased rates of COVID-19 infection, hospitalization, and death, as well as expectations regarding vaccination progress. General Order No. 18-20 also explained that, although "[a] statewide vaccination effort has begun[,] . . . . [a]t this time it appears likely that the majority of individuals with business in the Courthouses, including potential jurors, will not be fully vaccinated before March 31, 2021." General Order No. 18-20 continued the "procedures established by General Order 15-20," which provided as follows:

> The continuing public health situation resulting from the pandemic also limits the availability and ability of witnesses, counsel, and Court staff to be present in the courtroom, and the ability to obtain an adequate spectrum of jurors to proceed with in-person jury trials. As a result, for the foreseeable future, it will be possible to proceed with only one in-person criminal jury trial at a time at each of the district's two courthouses. The order in which pending criminal cases will proceed to trial will be determined by the Court in consultation with the Federal Public Defender's Office and the United States Attorney's Office. As a result of the limitations on the number of trials that can proceed at one time to ensure the health and safety of all participants, the majority of trials will need to be continued via individual orders in each case.

W.D. Wash. General Order No. 15-20 (procedures continued by No. 18-20). Now, having considered the facts set forth in the motion and the government's response, and the General Orders of this District addressing measures to reduce the spread and health risks from COVID-19, the Court finds as follows:

1.    Considering the recommendations made by the Centers for Disease Control and Prevention ("CDC") and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of disease, it is not possible to proceed with a jury trial on March 15, 2021. See W.D. Wash. General Order Nos. 15-20, 18-20.

2.    Further, because of the recommendations that individuals at higher risk of contracting COVID-19 (including individuals with underlying health conditions, older adults,

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DEADLINE - 2

1    and individuals who are pregnant) avoid large groups of people, at this time, it would be

2    difficult, if not impossible, to obtain a jury pool that would represent a fair cross section of the

3    community. Based on recommendations of public health authorities, it would also be medically

4    inadvisable to do so.

5           3.      As a result, the Court finds that a failure to grant a continuance of the trial date in

6    this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C.

7    § 3161(h)(7)(B)(i). Due to the Court's reduced ability to obtain an adequate spectrum of jurors,

8    and the impact of the aforementioned public health recommendations on Court operations, the

9    Court specifically finds that the ends of justice served by continuing the trial in this case

10   outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C.

11   § 3161(h)(7)(A); see also W.D. Wash. General Order Nos. 15-20, 18-20.

12          4.      The Court finds that June 7, 2021, the trial date proposed by the government, is a

13   realistic trial date, considering the many uncertain variables of this pandemic, and that the time

14   between March 15, 2021 and June 7, 2021, constitutes a reasonable period of delay. The Court

15   agrees with the government's observation that there is a "significant backlog of cases set for

16   trial" and "[defendant's] case likely would not have priority relative to other in-custody

17   defendants whose cases are older." Dkt. # 27 at 3.

18          IT IS THEREFORE ORDERED, notwithstanding defendant's refusal to waive his right

19   to a speedy trial, that the trial date in this case be continued to June 7, 2021.

20          IT IS FURTHER ORDERED that the pretrial motions deadline be continued to April 23,

21   2021.

22          IT IS FURTHER ORDERED that the period of time from the date of this Order up to and

23   including the new trial date, shall be excludable time pursuant to 18 U.S.C. § 3161, et seq. See

24   W.D. Wash. General Order Nos. 15-20, 18-20. The period of delay attributable to the filing and

25   granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C.

26   §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

27          IT IS SO ORDERED.

28
     ORDER CONTINUING TRIAL AND
     PRETRIAL MOTIONS DEADLINE - 3

1    DATED this 19th day of February, 2021.

2

3                                    _Robert S. Lasnik_
                                     Robert S. Lasnik
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DEADLINE - 4